I think that portions of Dr. William Morton's responses to questions asked by the attorney for Dr. R.B. Kent show clearer than any words I can write why the trial court did not abuse its discretion in requiring the plaintiff to make his medical expert available for deposition in Jefferson County, Alabama, to be monitored by the Circuit Court of Jefferson County, Alabama. During the 56-minute deposition in Atlanta, Georgia, Dr. Morton called the attorney for Dr. Kent a "J-E-R-K, Jerk," suggested that "somebody ought to teach [Dr. Kent's attorney] how to take a deposition," and said that Dr. Kent's attorney "better go take a lesson in listening." Dr. Morton further stated the following in response to questions asked him by Dr. Kent's attorney:
 "You keep asking me the same stupid questions, and it's stupid because it's repetitive. And I hope he [the court reporter] is taking it down because I want the jury to hear this.
 "This is the worst deposition I have ever been involved in. You have asked me the same question fifteen times. We could have been out of here in thirty minutes. And you do not in any way intimidate me at all. . . ."
". . .
 "Q. . . . I gather you are of the opinion that the fact this patient lost his testicle necessarily means Dr. Kent did something wrong at the time of surgery. Am I correct about that?
 "A. Have you heard me say that before? Have you heard me say that before?
 "Q. Let me just ask you this way then; is it your opinion that the fact that Dr. — that this patient lost his testicle necessarily means Dr. Kent did something wrong at the time of surgery?
 "A. Get out of this office before I bodily throw you out of this office. Now, you have finally got to me, Jack, and you're getting the hell out of here right now, or I'm throwing you out of here. Now, you get out of here or else I'll have a policeman in here and get you out of here. You'll notice that I'm not touching you, but I will call a cop, and I'll have you out of here in five minutes.
". . .
 "A. . . . Now, you, sir, are a jerk. You have asked me that same question, and I've answered it, and that is it for today. Goodbye, get out of here. And I hope to hell I do see you again sometime.
 "And if you accomplished what you wanted to accomplish, which you didn't — you're stupid. That's what the doctors *Page 46 
have guys like you representing them [sic]. This man needs to go to a real lawyer, and I could talk to him and settle this whole thing and get the darn thing over with instead of dragging it out for three years.
 "Keep it up. I want you to hear it all. Just get out of here. . . ."
The witness "doth protest too much, methinks." I concur in the judgment denying the writ.